# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re | Chapter 11 |
| ORACLE OIL, LLC | Case No. 17-12391 |
| Debtor | Section "A" |

## INTERIM ORDER

Considering the "*Application pursuant to Fed. R. Bankr. P. 2014(a) for Order Authorizing the Employment of The Derbes Law Firm, L.L.C. as Counsel pursuant to Section 327(a) of the Bankruptcy Code with Incorporated Memorandum*" ("Application") **[P-3]** filed on September 7, 2017.

**IT IS ORDERED** that the Debtor is authorized to employ The Derbes Law Firm, L.L.C. as counsel in all matters relating to the performance of Debtor's duties as debtor-in-possession on an interim basis *nunc pro tunc* to September 6, 2017, pending a final hearing.

**IT IS FURTHER ORDERED** that **IF AND ONLY IF A PARTY IN INTEREST FILES AN OBJECTION TO COUNSEL'S EMPLOYMENT**, this Court will hold a final hearing on the **24th day of October, 2017 at 2:00 o'clock p.m.** in Court Room B-709, 500 Poydras Street, Hale Boggs Federal Building, New Orleans, Louisiana, 70130. If no party in interest objects, this Order shall be final for approval of counsel.

**IT IS FURTHER ORDERED** that this Order does not approve Debtor's counsel's hourly rates, and the Court specifically reserves its right to review the reasonableness of all fees, including the hourly rate and the time involved.

**IT IS FURTHER ORDERED** that any interested party having an objection, opposition or response to the Application must be filed with the Clerk's Office and a copy served on counsel no later than October 17, 2017.

**IT IS FURTHER ORDERED** that counsel serve this order and file a certificate of service in accordance with Local Rule 9013.

New Orleans, Louisiana, September 8, 2017.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge